UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:23-cv-867

| | |
|---|---|
| MICHELLE BALL, TED TOMS, SOFIA CHABOT, AMELIA BALL, ELIZA BALL, JESSICA MULLEN, and LISA METZGER,<br><br>    Plaintiffs,<br><br>v.<br><br>EAST FRANKLIN SUPERETTE AND KITCHEN, LLC, DBA EAST FRANK SUPERETTE AND KITCHEN,<br><br>    Defendant. | **NOTICE OF UNAVAILABILITY** |

    I hereby designate the following periods of unavailability: **September 3, 2025 through September 7, 2025**; **October 1, 2025 through October 8, 2025**; and **October 15, 2025 through October 20, 2025.**

    I have not previously designated any periods of unavailability, and I hereby certify that: (1) The periods are not being designated for the purpose of interfering with the timely disposition of any proceeding; and (2) I have taken adequate measures to protect the interests of my clients during the periods of unavailability.

    This 14th day of July, 2025.

                                                               Respectfully,



By: /s/ Sophia Pappalardo
Sophia Pappalardo
N.C. Bar No. 56743
sophiapappalardo@villmercaudill.com
VILLMER CAUDILL, PLLC
P.O. Box 18186
Charlotte, NC 28218
Tel: 704-317-8225
Fax: 704-705-8191