# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Jessica Mullen | ) | JUDGMENT IN CASE |
| Eliza Ball | ) | |
| Lisa Metzger | ) | |
| Amelia Ball | ) | |
| Michelle Ball | ) | |
| Sofia Chabot | ) | |
| Ted Toms, | ) | |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00867-TEJ-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| East Franklin Superette and Kitchen | ) | |
| LLC, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2025 MEMORANDUM OPINION AND ORDER.

September 19, 2025

Katherine Hord Simon, Clerk
United States District Court